UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MIKLITSCH,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | 23 Civ. 9903 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **January 26, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **February 6, 2024, at 10:30 a.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: January 30, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge