UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MIKLITSCH,<br><br>                      Plaintiff,<br><br>             v.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>                    Defendant. | 23-CV-9903 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

In light of the Court's Order to Show Cause (ECF No. 22), all other deadlines and conferences are ADJOURNED sine die.

SO ORDERED.

Dated: January 8, 2025
       New York, New York

_____
DALE E. HO
United States District Judge
